**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1396**

———————

J.J., a minor, by her parents and next
friends, G.J. and J.A.; J.A.; G.J.,

                         Plaintiffs - Appellants,

      versus

BOARD OF EDUCATION OF MONTGOMERY COUNTY; JERRY
D. WEAST, in his official capacity as
Superintendent,

                         Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
02-491-PJM)

———————

Submitted:  May 28, 2004           Decided:  June 18, 2004

———————

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeanne Asherman, ASHERMAN LAW & MEDIATION OFFICE, Silver Spring,
Maryland, for Appellants.  Edmund W. Law, Zvi Greismann, Rockville,
Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

J.J., a disabled child, by and through her parents, appeals the district court's order granting summary judgment in favor of the Defendants on her complaint filed pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 et seq. (2000), as well as the district court's order denying her Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See J.J. v. Board of Educ. of Montgomery Co., No. CA-02-491-PJM (D. Md. Mar. 26, 2003 & Feb. 10, 2003). Given this disposition, we also deny counsel's motions to withdraw from representation and for the appointment of new counsel. We grant the Appellees' motion to submit this appeal on the briefs, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED